UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLO-TECH MECHANICAL SYSTEMS, INC., individually and as the representatives of a class of similarly situated persons and entities,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRA360, INC.,<br>Defendant. | Case No. 1:19-cv-07112<br><br>Honorable Judge Charles P. Kocoras |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES Plaintiff, FLO-TECH MECHANICAL SYSTEMS, individually and on behalf of a nationwide class of similarly situated individuals, by and through its respective counsel, and pursuant to FRCP 41(a)(1)(A)(ii), submits this Notice of Voluntary of Dismissal without prejudice, and in support states:

1. Plaintiff is providing notice to this Court that it is voluntarily dismissing its claims in this action without prejudice;

2. Pursuant to this Notice of Dismissal, each party shall bear its own costs and attorney's fees;

3. Plaintiff shall file a Notice of Dismissal With Prejudice as to Plaintiff's individual claims within 28 days; and

4. At that time, and when Plaintiff files its Notice of Dismissal With Prejudice, the claims of putative class members shall be dismissed *without* prejudice.


Dated: February 4, 2020                Respectfully Submitted,

                                       **FLO-TECH MECHANICAL SYSTEMS, INC.**

1

2

>*/s/ James C. Vlahakis*
> James C. Vlahakis, Esq.
> *Counsel for Plaintiff*
> Sulaiman Law Group, Ltd.
> 2500 S. Highland Ave., Suite 200
> Lombard, Illinois 60148
> Phone: (630) 575-8181
> jvlahakis@sulaimanlaw.com